UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0-1150 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MELVIN COLLINS, Defendant. | ) | **STIPULATION FOR COMPROMISED SETTLEMENT AND CONFESSION OF JUDGMENT** |

The parties named above, the United States of America, plaintiff, and Melvin Collins, defendant, hereby stipulate and agree to settle this action according to the following terms:

1. The defendant agrees to make three monthly payments of $909.50, one by June 30, 2000, one by July 31, 2000, and one by August 31, 2000. The payments must be received in the Financial Litigation Unit, U.S. Attorney's Office, 300 S. Fourth Street, Room 600, Minneapolis, Minnesota 55415, by 5:00 p.m. on June 30, 2000, July 31, 2000, and August 31, 2000. Each monthly payment by defendant will be by certified check or money order, made payable to the "U.S. Department of Justice" and mailed to the address listed above.

2. The parties agree that as of the date of the signing of this stipulation, the debt balance owed plaintiff by the defendant is $3,056.81 principal, plus interest to June 28, 1999, in the amount of $581.77, together with additional prejudgment interest at

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 27 2000
DEPUTY CLERK

the rate of 7 percent per annum from June 28, 1999, plus costs in the amount of $150 as allowed by law.

3. If the defendant fails to adhere to the terms set forth in paragraph one above, by failing to make any of the payments described in said paragraph, or by making any of the payments described in said paragraph late or in an amount less than agreed herein, the plaintiff shall file this Stipulation for Compromised Settlement and Confession of Judgment with the Court as a confession of judgment against said defendant for the remaining amount due under paragraph 2 above, without further notice or hearing.

4. If judgment is entered in this case, the parties agree that the judgment be in the amount described in paragraph two above, less any payments made to date and that said judgment will accrue postjudgment interest at the legal rate.

5. If a judgment is entered in this case, the parties agree that the plaintiff is entitled to enforce collection of that judgment by all legal means available, including, but not limited to, filing liens against the defendant's non-exempt real and personal property, garnishing the defendant's wages and bank

accounts and levying against the defendant's non-exempt real and personal property.

Dated: 6-13-00

June 19, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney ID No. 110887

Dated:

Melvin A Collins

Melvin Collins
Defendant